UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

**JUDITH HOLMES**
*aka* **Judith M Holmes**
*aka* **Judith M Haynes**

**CASE NO.**: **19-25604-RAM**

**CHAPTER**:13

**Debtor.**
_____/

## OBJECTION TO CHAPTER 13 PLAN

**Nationstar Mortgage LLC d/b/a Mr. Cooper** ("Creditor"), by and through the undersigned counsel, objects to the Chapter 13 Plan ("Plan") [DE # 6] and states:

1) Creditor holds a lien on the following property: 17720 NW 41 Avenue, Opa Locka, FL 33055 (the "Subject Property") (Loan No. 0638).

2) Creditor filed a Proof of Claim # 1-1 ("Claim"). The Claim reflects a total secured amount of $143,365.44, a total secured arrearage in the amount of $18,598.14, and an ongoing post-petition payment of $1,028.69.

3) The Plan proposes to make a regular payment of $1,077.49 and pay $15,000.00 in arrearages through the Plan.

4) The Plan does not conform to the Proof of Claim filed.

5) As such, the Creditor respectfully requests that the Court not confirm any plan until the Debtor files a plan that fully conforms to the timely filed Claim.

6) Based upon the foregoing, Creditor objects to the proposed Plan treatment.

7) Creditor reserves the right to amend this Objection.

*(SPACE INTENTIONALLY LEFT BLANK)*

ALAW FILE NO. 19-025493

WHEREFORE, **Nationstar Mortgage LLC d/b/a Mr. Cooper,** respectfully requests that this Honorable Court sustain the objection and deny confirmation of the Plan.

          /s/ Ella Roberts
Ella Roberts, Esq.
FBN 0075943
813-221-4743 EXT. 1611

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com
Alternate: eroberts@albertellilaw.com

ALAW FILE NO. 19-025493

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of January, 2020, I served a copy of the foregoing on the parties listed below via ECF notification, electronic mail, and/or first class mail.

**VIA FIRST CLASS MAIL**
*Debtor*
**Judith Holmes**
17720 NW 41 Avenue
Opa Locka, FL 33055

**Carolina A. Lombardi**
Legal Services of Greater Miami, Inc.
4343 West Flagler Street #100
Miami, FL 33134

*Trustee*
**Nancy K. Neidich**
www.ch13miami.com
POB 279806
Miramar, FL 33027

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

/s/ Ella Roberts
Ella Roberts, Esq.
FBN 0075943
813-221-4743 EXT. 1611

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com
Alternate: eroberts@albertellilaw.com

ALAW FILE NO. 19-025493