UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI   DIVISION
www.flsb.uscourts.gov

In re:    Judith Holmes

                                        Case No:    19-25604
                                        Chapter 13

     Debtor           /

## OBJECTION TO CLAIM ON SHORTENED NOTICE

*IMPORTANT NOTICE TO CREDITOR:*
*THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the debtor objects to the following claim filed in this case:

Claim No. 1

Filed by:   Nationstar Mortgage dba Mr. Cooper

Amount:   $18,598.14

Debtor objects to this Claim because Nationstar is demanding fees to which it is not entitled.

Page 5 of 7 of Nationstar's POC lists all corporate advances. Debtor objects to the 4 entries of "posting costs" of $70, $70, $911 and $5, which total $1,056. There was no publication as to filing of the foreclosure action in the state court foreclosure case and the debtor was personally served so there were no posting charges.

Debtor also objects to the foreclosure sale publication fee of $225 since debtor filed her Suggestion of Bankruptcy in the state foreclosure case on December 27, 2019, and this publication fee was incurred on January 14, 2020, after the stay was in effect.

Debtor proposes that the amount of arrears be reduced by $1,281.00 for a total arrears of $17,317.14

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002- 1(F) must be filed with the court when the objection and notice of hearing are served.

DATED: March 5, 2020.

        Respectfully submitted,
        LEGAL SERVICES OF GREATER MIAMI, INC.
        By       /s/
        Carolina A. Lombardi
        Florida Bar No. 0241970
        4343 West Flagler Street, Ste. 100
        Miami, FL 33134
        Telephone/Facsimile: (305) 438-2427
        Primary Email: Clombardi@legalservicesmiami.org;
        Alt. Email: Sfreire@legalservicesmiami.org