# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:

JUDITH HOLMES    CASE NO 19-25604-RAM
aka JUDITH M. HOLMES
aka JUDITH M. HAYNES    CHAPTER: 13

    Debtor.
_____/

### RESPONSE TO DEBTOR'S OBJECTION TO CLAIM ON SHORTENED NOTICE
### [DE 29]

    Creditor, Nationstar Mortgage LLC d/b/a Mr. Cooper, ("Creditor"), by and through its undersigned counsel, hereby files this *Response to Debtor's Objection to Claim on Shortened Notice* [DE 29] (the "Response") and in support, states the following:

    1. Creditor holds a secured mortgage on real property owned by Debtor located at 17720 NW 41st Avenue, Miami Gardens FL 33055 (the "Subject Property).

    2. Creditor affirms that a timely Proof of Claim [Claim No. 1-1] (hereinafter the "Claim") was filed on December 20, 2019, in the amount of $143,365.44 in secured mortgage debt and $18,598.14 in total debt.

    3. On March 5, 2020, Debtor filed an *Objection to Claim on Shortened Notice* [DE 29] (hereinafter the "Objection") alleging 1) the Creditor is demanding fees to which it is not entitled. Creditors Claim No, 1-1, lists Corporate Advances, to which the Debtor objects to the four entries of "posting costs" of $70.00, $70.00, $911.00 and $5.00 for a total of $1,056.00. Debtor also objects to the Foreclosure Sale Publication fee in the amount of $225.00, since the Debtor filed her Suggestion of Bankruptcy in the State Foreclosure case on December 27, 2019. Debtor proposes the amount of arrears to be reduced by $1,281.00 for a total arrears of $17,317.14.

    5. Creditor requests additional time to research the validity of the allegations set forth in the Debtor's *Objection*.

    6. This matter has been scheduled for a hearing on April 7, 2020 at 9:00 AM, at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 4.

ALAW FILE NO. 19-025493

7. Creditor reserves the right to supplement and/or amend this Response in the future.

WHEREFORE, Nationstar Mortgage LLC d/b/a Mr. Cooper, respectfully requests that this Court allow additional time for the Creditor to address the allegations outlined in the Debtor's Objection, and awarding any and all other relief that this Court deems just and appropriate.

/s/ *Ella Roberts*
Ella Roberts, Esq.
FBN 0075943
813-221-4743 EXT. 1611

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com
Alternate: eroberts@albertellilaw.com

ALAW FILE NO. 19-025493

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing Response to Debtor's Objection to Claim, was provided via electronic and/or regular U.S. Mail to the parties on the attached service list, this 13th day of March 2020.

**SERVICE LIST**

*Debtor*
Judith Holmes
17720 NW 41 Avenue
Opa Locka, FL 33055

*Debtor's Attorney*
Carolina A. Lombardi
Legal Services of Greater Miami, Inc.
4343 West Flagler Street #100
Miami, FL 33134

*Trustee*
Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027

*U.S. Trustee*
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

                          /s/ *Ella Roberts*
                          Ella Roberts, Esq.
                          FBN 0075943
                          813-221-4743 EXT. 1611

                          **Albertelli Law**
                          Attorney for Secured Creditor
                          PO Box 23028
                          Tampa, FL 33623
                          Facsimile: (813) 221-9171
                          bkfl@albertellilaw.com
                          Alternate: eroberts@albertellilaw.com