

**ORDERED in the Southern District of Florida on May 18, 2020.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

In re: Judith Holmes,                                  Case No.19-25604-RAM
                                                       Chapter 13
    Debtor_____/

**AGREED ORDER ON DEBTOR'S OBJECTION TO NATIONSTAR
MORTGAGE'S PROOF OF CLAIM**

Debtor filed an Objection to Claim of Nationstar Mortgage dba Mr. Cooper (DE 29) and Nationstar dba Mr. Cooper responded. (DE 43) The Court having been advised that debtor and creditor have reached an agreement it is ORDERED that:

1.    The "amount necessary to cure any default as of the date of the petition" as stated in section 6 of Nationstar Mortgage dba Mr. Cooper's Proof of Claim is $18,233.14.

# # #

Case No. 19-25604-RAM
<u>Page 2                                        </u> /


Submitted by Carolina A. Lombardi, Attorney
Legal Services of Greater Miami, Inc.
4343 West Flagler Street Suite 100
Miami, FL 33134
Phone and Fax (305)438-2427
CLombardi@legalservicesmiami.org
The party submitting the order shall serve a copy of the signed
order on all required parties and file with the court a certificate
of service conforming with Local Rule 2002-1(F).