UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

                                                           Case Number:  19-25604

JUDITH HOLMES
      Debtor
_____/

### EX-PARTE MOTION TO VACATE ORDER CONFIRMING PLAN, STRIKE TRUSTEE'S REQUEST FOR CONFIRMATION, AND CONTINUING CONFIRMATION HEARING

Nancy K Neidich, Standing Chapter 13 Trustee ("Trustee") files this Ex-Parte Motion to Vacate Order Confirming Plan, Strike Trustee's Request for Confirmation, and continuing confirmation hearing and states as follows:

    1  It appears the confirmation hearing set for August 11, 2020 may not have been properly noticed.

    2.  The Trustee recommended that the Court enter an order confirming the plan on the August 11, 2020 calendar.  (ECF #63).

    3.  The Court entered an order of confirmation based on the Trustee's recommendation.

    4.  Due to the question of notice, the order of confirmation should be vacated, the Trustee's request for confirmation stricken, and the confirmation hearing reset.

WHEREFORE, the Trustee requests that this Court enter an order vacating the order of confirmation, striking the Trustee's request for confirmation, and noticing the confirmation hearing for September 22, 2020 at 1:35 pm.

                                      RESPECTFULLY SUBMITTED:
                                      NANCY K. NEIDICH, ESQUIRE
                                      STANDING CHAPTER 13 TRUSTEE
                                      P.O. BOX 279806
                                      MIRAMAR, FL 33027-9806

                                        By: /s/_____
                                           Amy E. Carrington, Esq.
                                           *Senior Staff Attorney*
                                        FLORIDA BAR NO: 101877