Certificate Number: 03621-FLS-DE-033557008

Bankruptcy Case Number: 14-35622



03621-FLS-DE-033557008

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 15, 2019</u>, at <u>4:07</u> o'clock <u>PM EDT</u>, <u>Clyde Ray</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Southern District of Florida</u>.

Date:  October 15, 2019               By:    /s/Frances Palenzuela

                                       Name:  Frances Palenzuela

                                       Title: Credit Counselor