**Fill in this information to identify the case:**

Debtor 1   Judith Holmes aka Judith M Holmes aka Judith M Haynes

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the : SOUTHERN  District of Florida
                                                                                  (State)

Case number 19-25604-RAM

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** J.P. Morgan Mortgage Acquisition Corp.    **Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 6443

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☐ No
☒ Yes.  Date of last notice: 4/30/2022

## Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ _____ |
| 3. Attorney fees | | (3) $ _____ |
| 4. Filing fees and court cost | | (4) $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) $ _____ |
| 7. Property inspection fees | | (7) $ _____ |
| 8. Tax advances (non-escrow) | | (8) $ _____ |
| 9. Insurance advances (non-escrow) | | (9) $ _____ |
| 10. Property preservation expenses. Specify: | 5/27/2022 | (10) $335.00 |
| 11. Other. Specify: _____ | | (11) $ _____ |
| 12. Other. Specify: _____ | | (12) $ _____ |
| 13. Other. Specify: _____ | | (13) $ _____ |
| 14. Other. Specify: _____ | | (14) $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

| | | | |
|---|---|---|---|
| X | /s/ Ida A. Moghimi-Kian  <br>Signature | Date | ___10_/_12___/__2022____ |
| Print: | Ida A. Moghimi-Kian  <br>First name   Middle name   Last name | Title | Attorney for the Creditor |
| Company | Diaz Anselmo & Associates, P.A. | | |
| Address | P.O. BOX 19519  <br>Number     Street | | |
| | Fort Lauderdale   FL   33318  <br>City              State    ZIP Code | | |
| Contact phone | (954) 564-0071 | Email | IMoghimi-Kian@dallegal.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day, October 12, 2022, a copy of the foregoing was furnished electronically and/or via first class U.S. Mail upon:

JUDITH HOLMES AKA JUDITH M HOLMES
AKA JUDITH M HAYNES
17720 NW 41 AVENUE
OPA LOCKA, FL 33055
*Debtor(s)*

MANDY L MILLS
4343 W. FLAGLER STREET, STE. 100
MIAMI, FL 33134
*Attorney for Debtor(s)*

NANCY K.NEIDICH
PO BOX 279806
MIRAMAR, FL 33027
*Trustee*

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
51 S.W. 1ST AVE. SUITE 1204
MIAMI, FL 33130
*U.S. Trustee*

**Diaz Anselmo** & Associates, P.A.
**Attorneys for Creditor (SHD No. 1461-184536)**
P.O. BOX 19519
Fort Lauderdale, FL 33318
Phone: (954) 564-0071
Fax:  (954) 564-9252

By:  /s/ Ida A. Moghimi-Kian
     Ida A. Moghimi-Kian
     Florida Bar No.56395
     IMoghimi-Kian@dallegal.com